**No. 09-8301. John W. Tate, Petitioner v. New Jersey.**

559 U.S. 980, 130 S. Ct. 1705, 176 L. Ed. 2d 194, 2010 U.S. LEXIS 2022.

March 1, 2010. Petition for writ of certiorari to the Superior Court of New Jersey, Appellate Division, denied.

**No. 09-8303. Carlos L. Woodson, aka Carlo L. Woodson, Petitioner v. Katherine Rundle-Fernandez, State Attorney.**

559 U.S. 980, 130 S. Ct. 1705, 176 L. Ed. 2d 194, 2010 U.S. LEXIS 2144.

March 1, 2010. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 19 So. 3d 987.

**No. 09-8304. Judith Tompson, Petitioner v. Town of Salem, New Hampshire.**

559 U.S. 980, 130 S. Ct. 1705, 176 L. Ed. 2d 194, 2010 U.S. LEXIS 2038, ■

March 1, 2010. Petition for writ of certiorari to the Supreme Court of New Hampshire denied.

**No. 09-8305. Anthony Wooten, Petitioner v. Michigan.**

559 U.S. 980, 130 S. Ct. 1705, 176 L. Ed. 2d 194, 2010 U.S. LEXIS 2167, ■

March 1, 2010. Petition for writ of certiorari to the Court of Appeals of Michigan denied.

Same case below, 485 Mich. 891, 772 N.W.2d 394.

**No. 09-8306. David Thrasher, Petitioner v. Unknown Prison Official.**

559 U.S. 980, 130 S. Ct. 1705, 176 L. Ed. 2d 194, 2010 U.S. LEXIS 2193.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 327 Fed. Appx. 681.

**No. 09-8307. Learonardo Truss, Petitioner v. Willie Thomas, Warden, et al.**

559 U.S. 980, 130 S. Ct. 1705, 176 L. Ed. 2d 194, 2010 U.S. LEXIS 2172, ■

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-8308. Richard Morris, Petitioner v. Illinois.**

559 U.S. 980, 130 S. Ct. 1706, 176 L. Ed. 2d 194, 2010 U.S. LEXIS 2080.

March 1, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 388 Ill. App. 3d 1139, 367 Ill. Dec. 609, 982 N.E.2d 287.

**No. 09-8311. David Tinkham, Petitioner v. Wendy Knight, Superintendent, Plainfield Correctional Facility.**

559 U.S. 980, 130 S. Ct. 1706, 176 L. Ed. 2d 194, 2010 U.S. LEXIS 2089.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 09-8312. Robert Lee Williams, Jr., Petitioner v. Arkansas.**

559 U.S. 980, 130 S. Ct. 1706, 176 L. Ed. 2d 194, 2010 U.S. LEXIS 2116.

March 1, 2010. Petition for writ of certiorari to the Supreme Court of Arkansas denied.

Same case below, 2009 Ark. 433, 373 S.W.3d 237.